UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| New Fortune, Inc., <br><br> Plaintiff, <br><br> -against- <br><br> Apex Logistics International (CN) Ltd., and Aeroflot Airlines, <br><br> Defendants. | 20 Civ. 04883 <br><br> **~~PROPOSED~~ ORDER** |

Upon consideration of the application of the Plaintiff, New Fortune, Inc., to the Court to authorize substituted service on the above-named defendants under Rule 4(f) of the Federal Rules of Civil Procedure ("FRCP") and, specifically, FRCP 4 (f)(3) Plaintiff, and this Court's Order of July 9, 2020,

**IT IS HEREBY ORDERED** that Plaintiff, New Fortune, Inc., by and through its attorney, Louis J. Maione, Esq., be allowed to serve the Summons and Complaint, together with a copy of this Order, on the respective defendants as follows:

To Apex Logistics International (CN) Ltd.:

1. By mail to Apex Logistics International Inc., 18554 Susanna Road, Rancho Dominguez, Ca. 90221; and

1598177-5

2. By mail to Apex Logistics International (JFK), Inc., both at One (1) Cross Island Plaza, Ste. 308, Rosedale, N.Y., 11422 and to the New York State Department of State, Division of Corporations; and

3. By email to Leo M. Garonski, Esq., General Counsel, at leog@apexglobe.com, and by regular mail to 505 Lenola Road, #218, Moorestown, N.J., 08057; and

To Aeroflot Airlines:

1. ~~4.~~ By mail both to Aeroflot-Cargo, Cargo Bldg. 86, JFK International Airport, Jamaica, N.Y. 11430. and to Aeroflot Airlines New York at 358 Fifth Ave., Ste. 1103, N.Y. N.Y. 10001; and

**IT IS FURTHER ORDERED**, that the Summons and Complaint shall be translated both into ~~simple~~ Chinese and Russian, and that the time period for service is extended to 60 days from the date of this Order.

IT IS FURTHER ORDERED that the mailings described above shall be by certified mail.

July 14, 2020

_____
DENISE COTE
United States District Judge

2

1598177-5