```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :      20cv4883 (DLC)
NEW FORTUNE, INC.,                        :
                                          :      PRETRIAL
                        Plaintiff,        :   SCHEDULING ORDER
                                          :
            -v-                           :
                                          :
APEX LOGISTICS INTERNATIONAL (CN) LTD.,   :
and AEROFLOT AIRLINES,                    :
                                          :
                        Defendants.       :
                                          :
----------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/25/2020

DENISE COTE, District Judge:

As set forth at the telephonic pretrial conference held pursuant to Rule 16, Fed. R. Civ. P., on September 25, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1. Any amended complaint shall be served by October 2, 2020.

2. Any answer or motion to dismiss shall be served by October 23, 2020.

Dated:   New York, New York
         September 25, 2020

_____
DENISE COTE
United States District Judge