UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
NEW FORTUNE, INC., :
                Plaintiff, :
                                                : Case No.: 1:20-cv-04883 (DLC) (KNF)
       - against - :
                                                :
APEX LOGISTICS INTERNATIONAL (CN) LTD., :
AND AEROFLOT AIRLINES :
                                Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF MOTION TO DISMISS

**PLEASE TAKE NOTICE** that upon the Memorandum of Law and Declaration of Anthony U. Battista dated October 23, 2020, with accompanying exhibits, Defendants AEROFLOT RUSSIAN AIRLINES and APEX LOGISTICS INTERNATIONAL (CN) LTD. hereby jointly move this Court under Rule 12(b)(6) of the Federal Rules of Civil Procedure for an Order dismissing the Complaint on the ground that the Complaint fails to state a claim for which relief may be granted.

Dated: New York, New York
        October 23, 2020

                                            Respectfully submitted,

                                            CONDON & FORSYTH LLP

                                            By_____
                                               Anthony U. Battista (AB 0783)
                                               abattista@condonlaw.com
                                               Marissa N. Lefland (ML 8217)
                                               mlefland@condonlaw.com
                                    7 Times Square - 18th Floor
                                    New York, New York 10036
                                    Telephone: (212) 490-9100
                                    Facsimile: (212) 370-4453

*Attorneys for Defendant*
*AEROFLOT RUSSIAN AIRLINES*

- and -

TISDALE LAW OFFICES LLC


By: /S/*Timothy J. Nast*
      Timothy J. Nast, Esq.
      tnast@tisdale-law.com
200 Park Avenue, Suite 1700
New York, New York 10166
Telephone:  (212) 354-0025

*Attorneys for Defendant*
*APEX LOGISTICS INTERNATIONAL*
*(CN) LTD.*

2

## CERTIFICATION OF SERVICE

I certify that a copy of this Notice of Motion to Dismiss as well as Defendants' Memorandum of Law in Support of their Motion to Dismiss and Affirmation of Anthony U. Battista in Support of Defendant's Motion to Dismiss and Exhibits thereto were served via the court's electronic filing system upon the following counsel of record on the 23rd day of October, 2020, upon:

>Louis J. Maione
>Law Offices of Louis J. Maione
>303 E. 57th Street, 30th Fl.
>New York, NY 10022
>Email: louisjmaione3@gmail.com
>
>*Attorney for Plaintiff*
>
>Timothy James Nast
>Tisdale Law Offices, LLC
>200 Park Avenue, Suite 1700
>New York, NY 10166
>Email:  tnast@tisdale-law.com
>
>*Attorney for Defendant*

through the court's e-filing system.

                                                            Anthony U. Battista, Esq.