```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
NEW FORTUNE, INC.,                      :
                                        :
                        Plaintiff,      :       20cv4883 (DLC)
                                        :
            -v-                         :           ORDER
                                        :
APEX LOGISTICS INTERNATIONAL (CN) LTD.  :
and AEROFOLOT AIRLINES,                 :
                                        :
                        Defendants.     :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On October 23, 2020, the defendants in this matter filed a motion to dismiss the plaintiff's amended complaint. Accordingly, it is hereby

ORDERED that the plaintiff shall file any opposition to the motion to dismiss by **Friday, November 6**. Defendants' reply, if any, shall be filed by **Friday, November 20**.

IT IS FURTHER ORDERED that, pursuant to Rule 4(B) of the Court's Individual Rules of Practice in Civil Cases, the plaintiff shall file on ECF, by **November 6,** a letter no longer

than two pages explaining the basis for its belief that diversity of citizenship exists.

Dated:    New York, New York
          October 26, 2020

_____
DENISE COTE
United States District Judge