EXHIBIT B

# Apexlogistics

## APEX LOGISTIC INTERNATIONAL INC.

18554 S. SUSANNA RD., RANCHO DOMINGUEZ CA 90221  
TEL: 310-665-0288   FAX: 310-665-0188

Print Date: 04-26-2020 11:42  
CALVIN.TSENG

# INVOICE

**Attn:**

**NEW FORTUNE INC**

501 7TH AVENUE SUITE 400, NEW YORK, NY, 10018 US

| | |
|---|---|
| Invoice No. : | **USAAR20040447** |
| HAWB No. : | XQW20041058 |
| Invoice Date : | Apr 26, 2020 |
| Due Date : | May 11, 2020 |

| | |
|---|---|
| Broker : | |
| Shipper : | CHANGZHOU LEEJADE IMPORT AND EXPORT CO;LTD |
| Consignee : | NEW FORTUNE INC |
| Carrier : | **AEROFLOT** |
| Agent Ref : | |
| Ref No. : | XQW20041058 |
| PO No. : | |

| | |
|---|---|
| MAWB No. : | 555-26118816 |
| Document No. : | AI2020040040USA |
| Sub Master/House : | |
| Departure : | SHANGHAI PUDONG INTL AIRPORT  04-27-2020 |
| Destination : | NEW YORK, JOHN F. KENNEDY AIRPORT, NY  04-28-2020 |
| Place of Delivery : | |

| NO. OF PKGS | CHARGEABLE W.T. | DESCRIPTION | REMARK |
|---|---|---|---|
| 200 | 3161 KGS | DISPOSABLE FACE MASK (NON-MEDICAL) | |

| DESCRIPTION | REMARK | UNIT | PRICE | NUM | AMOUNT |
|---|---|---|---|---|---|
| Air Freight | | JOB | 18.41 | 3161 | 58194.01 |
| OTHER CHARGE | China Customs Fee | JOB | 25 | 1 | 25.00 |
| OTHER CHARGE | China AWB Fee | JOB | 8 | 1 | 8.00 |
| OTHER CHARGE | China Terminal Fee | JOB | 0.08 | 3161 | 252.88 |
| OTHER CHARGE | China Inspection Fee per box | JOB | 0.16 | 200 | 32.00 |
| OTHER CHARGE | China AMS Fee | JOB | 8 | 1 | 8.00 |
| *** TOTAL INVOICE AMOUNT IN | | USD | *** | | 58,519.89 |

***Pay by ACH/Wire, Bank of America, Swift Code BOFAUS3N, Routing 121000358, A/C 325008175421.  
Please send remittance detail to accountreceivable@apexglobe.com  
Pay by Check, make check payable to " APEX LOGISTIC INTERNATIONAL INC. "  and write "Invoice No" on your check. ***  
*** A $35.00 will be charged for each "returned" check. Any dispute on invoices including customs duty and any cargo loss or damage should be notified in writing within 3 days from the date of receipt of the invoice. Any past due invoices over 60 days will be turned over to a collection agency with finance charges of 18% per annum applied. All additional legal fees and provision fees may be applied to the total invoice amount if the case is turned over to the court. Any lawsuit will be brought and settled in RANCHO DOMINGUEZ County, State of CA . ***  
*** Payment of Duty must be made within 7 calendar days after the invoice date. Failure to pay duty timely may result in non-payment of duty to U.S. customs. Any penalties issued by U.S. Customs & Border Protection(CBP) for late/non-payment of duty are the importer's responsibility. ***

PVG  555-26118816                                                                                               XQW20041058

| Shipper's Name and Address | Not negotiable | |
|---|---|---|
| CHANGZHOU LEEJADE IMPORT AND EXPORT CO;LTD<br>3RD FLOOR, BLD A, TIANAN INDUSTRY<br>VILLAGE, ZHUJIANG ROED, CHANGZHOU, CHINA 213002<br>CONTACT PERSON: Miller, 17318811198 | Air Waybill<br>Air Consignment note<br>issued by<br>**Apexlogistics** | **APEX LOGISTICS INTERNATIONAL (CN) LTD.** |

| Consignee's Name and Address |
|---|
| NEW FORTUNE INC<br>501 7TH AVENUE SUITE 400, NEW YORK, NY 10018 |

Copies 1,2 and 3 of this Air Waybill are originals and have the same Validity

It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO THE CONDITIONS OF CONTRACT ON THE REVERSE HEREOF. THE SHIPPER'S ATTENTION IS DRAWN OF THE NOTICE CONCERNING CARRIER'S LIMITATION OF LIABILITY. Shipper may increase such limitation of liability by declaring a higher value for carriage and paying a supplemental charge if required.

Accounting Information
FREIGHT COLLECT
DOOR TO PORT

Issuing Carrier's Agent Name and City

Agent's IATA Code: APL    Account No.

Airport of Departure (Addr. of First Carrier) and Requested Routing
SHANGHAI PUDONG AIRPORT

| to | By first Carrier | Routing and Destination | to | by | to | by | Currency | CHGS Code | WT/VAL PPD COLL | Other PPD COLL | Declared Value for Carriage | Declared Value for Customs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SVO | SU | | JFK | SU | | | USD | | CC | | NVD | AS PER INV. |

| Airport of Destination | Flight/Date | For Carrier Use only | Flight/Date | Amount of Insurance |
|---|---|---|---|---|
| NEW YORK, JOHN F. KENNEDY AIRPORT, NY | SU209 | | 2020/04/27 | NIL |

Handling Information
APEX LOGISTICS INTERNATIONAL INC.
17700 CASTLETON ST., SUITE 300, CITY OF INDUSTRY 91745, CA, U.S.A

Notify:
SAME AS CONSIGNEE

Diversion contrary to U.S. law is prohibited

| No. of Pieces RCP | Gross Weight | kg lb | Rates Class Commodity Item No. | Chargeable Weight | Rate Charge | Total | Nature and Quantity of Goods (Incl. Dimensions or Volume) |
|---|---|---|---|---|---|---|---|
| 200 CTNS<br>SCAC: | 2119 | K | | 3161 | | AS ARRANGED | DISPOSABLE FACE MASK (NON-MEDICAL)<br><br>MASK MADE IN CHINA |

N/M# 05-0663112kg
TEL:001-310-868-4034

| Prepaid | Weight Charge | Collect | Other Charges |
|---|---|---|---|
| | Valuation Charge | AS ARRANGED | |
| | Tax | | |
| | Total other Charges Due Agent | | |
| | Total other Charges Due Carrier | | |

VOL.: 18.963  CBM

Shipper certifies that the particulars on the face hereof are correct and that insofar as any part of the consignment contains dangerous goods, such part is properly described by name and is in proper condition for carriage by air according to the applicable Dangerous Goods Regulations

*for and on behalf of*
APEX LOGISTICS INTERNATIONAL (CN) LTD.

Signature of Shipper or his Agent
*Authorized Signature*

| Total Prepaid | Total Collect |
|---|---|
| Currency Conversion Rates | CC Charges in Dest. Currency |

APL
2020/04/25 on (date)                at (Place)           Signature of Issuing Carrier or its Agent

For Carrier's Use only at Destination | Charges at Destination | Total Collect Charges

COPY 2 (EXTRA COPY)