**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
NEW FORTUNE, INC.,

                Plaintiff,

-against-                              20 **CIVIL** 4883 (DLC)

## **JUDGMENT**

APEX LOGISTICS INTERNATIONAL (CN)
LTD., and AEROFLOT AIRLINES,

                Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 29, 2021, the defendants' October 23, 2020 motion to dismiss is granted; accordingly, this case is closed.

**Dated:** New York, New York

        January 29, 2021

                                                        **RUBY J. KRAJICK**

                                                        **Clerk of Court**
                          **BY:**

                                                        **Deputy Clerk**