**FRAP Form 1. Notice of Appeal to Court of Appeals From a Judgment or Order of a District Court.**

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
_____

New Fortune, Inc.,

                Plaintiff,        **1:20-CV-04883 (DLC)**

    -v-                             **NOTICE OF APPEAL**

Apex Logistics International, etc., et alia,

                Defendants.
_____

      **NOTICE** is hereby given that New Fortune, Inc., Plaintiff in the above captioned matter, hereby appeals to the United States Court of Appeals for the Second Circuit from an order and opinion of the United States District Court for the Southern District of New York, per the Honorable Denise L. Cote, United States District Judge, and each and every part thereof, dated and entered on January 29, 2021 (the "Order"), granting the Motion of Defendants to dismiss Plaintiff's Amended Complaint.

Dated: February 10, 2021                /s/ *Louis J. Maione*

                                                        Louis J. Maione (8589)

                                                        Attorney for Appellant

                                                        303 E. 57th St., 30th Fl.

                                                        N.Y. N.Y. 10022