UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| New Fortune, Inc.,<br><br>          Plaintiff,<br><br>-against-<br><br>Apex Logistics International (CN) Ltd., and Aeroflot Airlines,<br><br>          Defendants. | 20 Civ. 04883<br><br>**MOTION FOR<br>RECONSIDERATION** |

**NOTICE OF MOTION**

  **PLEASE TAKE NOTICE** that Plaintiff, New Fortune, Inc. ("Plaintiff", "NFI" or "New Fortune"), upon the Memorandum of Law of Louis J. Maione, Esq., dated February 11, 2021, will move this Court, pursuant to Federal Rule of Civil Procedure 59(e) and Local Rule 6.3 for leave to reargue and for reconsideration of the Court's Opinion and Order, dated and filed on January 29, 2021, dismissing NFI's Amended Complaint.

February 11, 2021
New York, N.Y.

                   LOUIS J. MAIONE, P.C.

                   By: *Louis J. Maione*
                   Louis J. Maione, Esq. (8589)
                   303 East 57th Street, 30th Fl.
                   New York, N.Y. 10022
                   (917) 549-5693
                   Attorney for Plaintiff

1598177-5